**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

RICKY TEJADA,                :    No. 88 WM 2015

        Petitioner        :

         v.                :

COURT OF COMMON PLEAS OF ERIE    :
COUNTY,                       :

        Respondent     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.

     Mr. Justice Eakin did not participate in the consideration or decision of this matter.